UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - X
UNITED STATES OF AMERICA,

- v-

CHARLES YONA

       Defendant
- - - - - - - - - - - - - - - X

**O R D E R**
**05 CR 193**

Upon consideration of the application of JAN A. ROSTAL, ESQ. of the FEDERAL DEFENDER OF NEW YORK, counsel for the defendant CHARLES YONA, for a psychiatric examination for purposes of determining the mental condition of the defendant, it is hereby:

ORDERED, that pursuant to 18 U.S.C. §4241 the defendant be interviewed by Dr. Robert Berger, 77 Park Ave., NY NY 10016, a qualified psychiatrist on a date and at a time to be arranged, with a report to be prepared conforming with the requirements of 18 U.S.C. 4241(b); and it is further

ORDERED that the reasonable costs for conducting this examination and preparing a report be paid by the Department of Justice as provided for in the Guide to Judiciary Policies and Procedures, Volume VII, Chapter III, part B, page 8.

Dated: October 21, 2005
      Brooklyn, NY

                                              The Hon. FREDERIC BLOCK
                                              United States District Judge