

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------
UNITED STATES OF AMERICA,

**ORDER**

-vs-

CR-05-193(FB)

Charles Yona,
           Defendants.

---------------------------------------------------

On April 13, 2006 the Court held a status conference, on the record, in open court, with all counsel present. The defendant plea guilty to count one of a superseding misdemeanor information, and the Court accepted his plea. The probation office will sent a sentence date once the pre-sentence report is completed. The defendant with the consent of the government moved to modify his current bail condition to reporting by telephone once a week, rather then reporting in person. The Court approved the modification on the record. Any other bail conditions shall still remain in effect.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, N.Y.
        April 13, 2006

cc.: AUSA Jeffrey Rabkin
    Jan Rostal
    Desire Melendez, Pre Trial Services Officer